UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| INTERNATIONAL ASSOCIATION OF HEAT, FROST, INSULATORS AND ALLIED WORKERS LOCAL NO. 37 RETIREMENT PLAN | )<br>)<br>)<br>)<br>) |
| Plaintiff, | ) CASE NO. 3:16-CV-14-<br>)<br>)<br>)<br>) |
| v. | )<br>) |
| UNITED THERMAL INDUSTRIES, INC. | )<br>) |
| Defendant. | ) |

## **COMPLAINT**

Plaintiff, International Association of Heat, Frost, Insulators and Allied Workers, Local No. 37, International Association of Heat, Frost, Insulators and Allied Workers, Local No. 37 Retirement Plan, by counsel, Charles L. Berger of the firm of Berger and Berger, LLP, and for their Complaint against the Defendant, United Thermal Industries, Inc., state the following facts:

1.    This is an action brought pursuant to Section 301 of the Labor Management Relations Act of 1947, 29 U.S.C. §185, and also Section 502 of the Employee Retirement Income Security Act of 1974 (ERISA), 29 U.S.C. §1132, to compel Defendant to comply with the aforesaid Acts and the payments required under its Collective Bargaining Agreement.

2.     Pursuant to said Acts, this Court has jurisdiction over the subject matter of this action and the parties hereto without regard to the amount in controversy or the citizenship of the parties.

3.     Plaintiff, International Association of Heat, Frost, Insulators and Allied Workers, Local No. 37 Retirement Plan, hereinafter called the " Fund", is a multi-employer employee benefit plan established and existing under the laws of the United States, and subject to the Employee Retirement Income Security Act of 1974 and may sue and be sued in its own name.  It provides retirement benefits for the employees of the employers who contribute into said Fund pursuant to the requirements contained in the aforesaid agreements between such employer and the Union.

4.     The Defendant, United Thermal Industries, Inc., is a corporation, which at all times material herein was engaged in contracting business and signatory to the contract with the Plaintiff Union and bound to the other Plaintiffs by the language in said agreement.

5.     The breaches of the aforesaid contract and Plans occurred in the Southern District of Indiana, Evansville, Indiana and therefore the proper venue is in this District and Division by virtue of 29 U.S.C. §1132(e)(2).

6.     The purpose of this action is to protect the interest of the employees for who said benefits were established.

7.     The Defendant has previously contracted and agreed to be bound by and become a party to an agreement obligating the Defendant to make contributions to this Fund.

8. By virtue of said agreement, the Defendant agreed to make all payments called for therein.

9. Beginning in July 2012 and continuing intermittently through the present, the Defendant worked jobs governed by the aforesaid Agreements and the Plaintiff Fund operates in this District and Venue of the Court.

10. By the terms of said Agreements, Defendant agreed to make contributions and payments on behalf of the employees of the Defendant covered by the Trust Agreements in amounts and manners as set out in said agreements.

11. Defendant breached said Agreements in that it failed to make the necessary deductions and payments called for and set out in the aforesaid Agreements, to the Plaintiff.

12. In order to compel Defendant to comply with the aforesaid acts, the terms and provisions of the aforesaid Plans and Funds, and the aforesaid agreements, Plaintiff employed Berger & Berger, LLP as attorneys to bring this suit; said attorneys have performed services and incurred expenses in so doing and will be required to perform further services and incur further expenses in prosecuting this action to judgment. ERISA specifically authorizes the recovery of costs and attorney fees. 29 U.S.C. §1132(g)(2).

13. Said breaches of contract by the Defendant have caused Plaintiff, and the employees on whose behalf Plaintiff brings this action, substantial damages, including attorney fees, and is continuing and will cause substantial damages to them in the future.

**WHEREFORE**, the Plaintiff, International Association of Heat, Frost, Insulators and Allied Workers, Local No. 37 Retirement Plan, requests that they be awarded whatever damages, including attorney fees, which will compensate them for the Defendant's breaches of contract, that the Defendant be ordered to comply with said contracts and pay the amounts provided for in said contracts to Plaintiff, and all other proper remedies, legal and equitable, plus interest and costs.

Respectfully Submitted,

s/Charles L. Berger
CHARLES L. BERGER
A Member of the Firm of
BERGER AND BERGER, LLP
4424 Vogel Road, Suite 405
Evansville, Indiana  47726
cberger@bergerlaw.com
Telephone:  (812) 425-8101
Attorney No. 2698-82
Attorneys for Plaintiffs