# United States District Court

SOUTHERN    **DISTRICT OF**    INDIANA

**SUMMONS IN A CIVIL CASE**

INTERNATIONAL ASSOCIATION OF
HEAT, FROST, INSULATORS AND
ALLIED WORKERS LOCAL NO. 37
RETIREMENT PLAN

**V.**    CASE NO. 3:16-cv-14-

UNITED THERMAL INDUSTRIES, INC.

**TO:**    (Name and address of defendant)

**RICHARD E. ROBINSON, JR., PRESIDENT**
**UNITED THERMAL INDUSTRIES, INC.**
**901 WEST ROBINSON DRIVE**
**MARION, ILLINOIS 62959**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Charles L. Berger, Esq.
Berger & Berger, LLP
4424 Vogel Road, Suite 405
Evansville, Indiana  47715

An answer to the complaint which is hereby served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____    _____
CLERK    DATE

_____
(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | Date |
| NAME OF SERVER (*PRINT*) <br> Leslie Davis | TITLE <br> Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (*specify*): Certified Mail, Return Receipt Requested, No. _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
        Date                Signature of Server

Berger and Berger, LLP
4424 Vogel Road, Suite 405
Evansville, IN  47715
Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court

SOUTHERN **DISTRICT OF** INDIANA

**SUMMONS IN A CIVIL CASE**

INTERNATIONAL ASSOCIATION OF
HEAT, FROST, INSULATORS AND
ALLIED WORKERS LOCAL NO. 37
RETIREMENT PLAN

**V.**  CASE NO. 3:16-cv-14-

UNITED THERMAL INDUSTRIES, INC.


TO:   Indiana Secretary of State
      Registered Agent of UNITED THERMAL INDUSTRIES, INC.
      to be served upon:

      **RICHARD E. ROBINSON, JR., PRESIDENT**
      **UNITED THERMAL INDUSTRIES, INC.**
      **901 WEST ROBINSON DRIVE**
      **MARION, ILLINOIS 62959**


**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

   Charles L. Berger, Esq.
   Berger & Berger, LLP
   4424 Vogel Road, Suite 405
   Evansville, Indiana  47715


An answer to the complaint which is hereby served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____       _____
CLERK                                DATE


_____
(BY) DEPUTY CLERK

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me [1] | Date |
|---|---|
| NAME OF SERVER (*PRINT*)<br><br>Leslie Davis | TITLE<br>Legal Assistant |

*Check one box below to indicate appropriate method of service*

| | |
|---|---|
| ! Served personally upon the defendant. Place where served: | |
| ! Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.<br>    Name of person with whom the summons and complaint were left: | |
| ! Returned unexecuted: | |
| ☒ Other (*specify*):   Certified Mail, Return Receipt Requested, No. | |

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                    Date                                         Signature of Server

                                                    4424 Vogel Road, Suite 405
                                                    Evansville, Indiana 47715
                                                    Address of Server

---

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.